UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

13 CV 0754

Benjamin Holmes
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

The City of New York, and
The State of New York.
_____

**COMPLAINT**

Jury Trial: ☒ Yes ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

RECEIVED
FEB 1 2013
PRO SE OFFICE

I. Parties in this complaint:

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff Name Benjamin Holmes
Street Address P.O. Box 764
County, City Bronx
State & Zip Code New York 10469
Telephone Number 347-313-6258

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1 Name Volunteers of America
Street Address One Schwartz Building

*Rev. 05/2010*

County, City _Wards Island_
State & Zip Code _New York 10035_
Telephone Number _212-6076203_

Defendant No. 2    Name _New York City Department of Correction_
Street Address _125 White Street_
County, City _New York_
State & Zip Code _New York 10013_
Telephone Number _212-225-7317_

Defendant No. 3    Name _Rikers Island Security Division Facility MDC_
Street Address _1199 Fulton Ave 3D_
County, City _Bronx_
State & Zip Code _New York 10456_
Telephone Number _____

Defendant No. 4    Name _The People of the State of New York_
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _212-335 9195_

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions        ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _I was put in Detention Complex - with a mechanical vlave for a man Jumping on me. I was Charge with Assault in Second Degree._

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _I got very sick in these places and_
Defendant(s) state(s) of citizenship _no one know whate to do when I got sick_

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

Rev. 05/2010

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? Wards Island • New York Department of Correction • Rikers Island Security Division

B. What date and approximate time did the events giving rise to your claim(s) occur? January 28, 2012 on tell Jun 15, 2012

**What happened to you?**

C. Facts: I was sick and nothing was down. I ask for help no one cand help me Cordate patient There was no one to help me wend I was sick —

**Who did what?**

I have all document what happen

**Was anyone else involved?**

yes there was a lote of people involved have all of that to

**Who else saw what happened?**

There was a lot of people saw what happened but would not come fort — I have some names

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I have a mechanical Vlave in need of a nother one. To replace a mechanical Vlave or put in I will have to die on the operate table for one minutes. it is possible death. The Doctor at Bellevue Hospital Center went a echocardiography don. but I bail out befor it was don. I am going to South Caroling to get a Second approve by a nother Doctor. I have all of the Doctor reports and Medical information.

Rev. 05/2010

V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I ame a Family man all my Life. and I do have a family and if I should die I would like them to be taking Care of. I ame hoping the best For me that I come out of this. I ame seeking Three hundred and sixty Five million.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _1_ day of _Feb._, 20_13_

Signature of Plaintiff   Benjamin Holmes
Mailing Address          P. O. Box 764,
                         Bronx N.Y. 10469

Telephone Number         347-313-6258
Fax Number (if you have one) _____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _1_ day of _Feb_, 20_13_ I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: Benjamin Holmes
Inmate Number _____

*Rev. 05/2010*

SUPREME COURT OF THE STATE OF NEW YORK         FEE:$10.00
NEW YORK COUNTY
100 CENTRE STREET
NEW YORK, NY 10013

CERTIFICATE OF DISPOSITION ACQUITTAL

DATE: 01/18/2013                CERTIFICATE OF DISPOSITION NUMBER: 42254

PEOPLE OF THE STATE OF NEW YORK     CASE NUMBER:              00883-2012
            VS.                     LOWER COURT NUMBER(S):    2012NY009052
                                    DATE OF ARREST:           01/28/2012
                                    ARREST #:                 M12608937
HOLMES, BENJAMIN                    DATE OF BIRTH:            04/04/1953
                                    DATE FILED:               02/23/2012
            DEFENDANT

I HEREBY CERTIFY THAT IT APPEARS FROM AN EXAMINATION OF THE RECORDS
ON FILE IN THIS OFFICE THAT ON 01/11/2013 THE ABOVE NAMED
DEFENDANT WAS TRIED AND FOUND NOT GUILTY OF ALL PENDING CRIMINAL
CHARGES AS TO THIS CRIMINAL ACTION BEFORE THE HONORABLE
ALLEN, B    THEN A JUDGE OF THIS COURT.

THE DEFENDANT WAS DISCHARGED FROM THE JURISDICTION OF THE COURT.

THE ABOVE MENTIONED ACQUITTAL IS A TERMINATION OF THE CRIMINAL
ACTION IN FAVOR OF THE ACCUSED AND PURSUANT TO SECTION 160.60 OF
THE CRIMINAL PROCEDURE LAW "THE ARREST AND PROSECUTION SHALL BE
DEEMED A NULLITY AND THE ACCUSED SHALL BE RESTORED, IN
CONTEMPLATION OF LAW, TO THE STATUS OCCUPIED BEFORE THE ARREST
AND PROSECUTION".

PURSUANT TO SECTION 160.50(1C) OF THE CRIMINAL PROCEDURE LAW, ALL
OFFICIAL RECORDS AND PAPERS RELATING TO THIS CASE ARE SEALED.


IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED MY
OFFICIAL SEAL ON THIS DATE 01/18/2013.

                                        COURT CLERK